AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Latanya G. Cochran, | ) | |
|---|---|---|
| *Petitioner* | ) | |
| v. | ) | Civil Action No.   1:12-cv-03458-RMG-SVH |
| United States of America; The Honorable David. C. Norton, US District Judge; Dean Secor, District Attorney; Daniel Prenner, Public Defender; Larry W. Propes, Clerk of Court, All other Parties of Interest, | ) ) ) ) | |
| *Respondents* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Latanya G Cochran, shall take nothing of the respondents, United States of America, The Honorable David C. Norton, Dean Secor, Daniel Prenner, and Larry W. Propes, as to the petition filed pursuant to 28 U.S.C. §2241 and this case is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, which dismissed the petition.

Date:   February 19, 2013

*LARRY W. PROPES, CLERK OF COURT*

s/A. Buckingham

*Signature of Clerk or Deputy Clerk*